JS - 6

1
2
3
4
5
6
7
8                    UNITED STATES DISTRICT COURT

9                   CENTRAL DISTRICT OF CALIFORNIA

10

11   SEDRICK DECOUD              )   Case No. 5:08-cv-01668-VAP
                                 )   Related Case:
12             Movant,           )   5:02-cr-00063-VAP-3
                                 )
13        v.                     )   **[Motion filed on January 13,**
                                 )   **2008; amended on March 16,**
14   UNITED STATES OF            )   **2010]**
     AMERICA,                    )
15                               )   **JUDGMENT**
               Respondent. )
16   _____

17   **TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

18        Pursuant to the Order filed herewith, IT IS ORDERED

19   AND ADJUDGED that Motion for Relief Under 28 U.S.C.

20   section 2255 is DISMISSED WITH PREJUDICE.  The Court

21   orders that such judgment be entered.

22

23

24

     Dated:  October 29, 2010      _____
25                                     VIRGINIA A. PHILLIPS
                                   United States District Judge
26

27

28